UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CESAR RAZO**,

        Petitioner,

v.

**FIDENCIO GUZMAN**,

        Respondent.

Case No. 5:24-cv-00397-SRM-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

The Court **ACCEPTS** the report, findings, and recommendations of the Magistrate Judge. The Respondent's Motion to Dismiss the Petition is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** because the Petition is untimely. A separate judgment will be issued.

    **IT IS SO ORDERED.**

Dated: September 9, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-