JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR RAZO**, <br><br> Petitioner, <br><br> v. <br><br> **FIDENCIO GUZMAN**, <br><br> Respondent. | Case No. 5:24-cv-00397-SRM-DFM <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED WITH PREJUDICE** because the Petition is untimely.

**IT IS SO ORDERED.**

Dated: September 9, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-